

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00900-CV

**GENE DeVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's order denying the motion to dissolve the temporary injunction order is REVERSED, and the temporary injunction order is DISSOLVED. It is ORDERED that Appellant Gene DeVoll recover the costs of this appeal from Appellees Rebecca Demonbreun and William Dowds.

SIGNED April 16, 2014.

_____
Karen Angelini, Justice